IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SALLY CARSWELL, JAMES CARSWELL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SEARS, ROEBUCK AND COMPANY, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO.: <br> 2:06-cv-01098-WKW-DRB |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

COMES NOW the Defendant, Sears, Roebuck and Co., and, pursuant to this Court's Corporate Disclosure Rule, provides the following as its Corporate Disclosure Statement:

Defendant Sears, Roebuck and Co. is a wholly-owned subsidiary of Sears Holdings Corporation, which is a publicly traded corporation. Sears Holdings Corporation is also the parent company of Kmart Corporation.

                                        Respectfully submitted,

                                         /s/ Gregory A. Brockwell
                                        Glenn E. Ireland (IRE002)
                                        Gregory A. Brockwell (BRO209)
                                        Attorneys for Defendant

<u>**OF COUNSEL:**</u>

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama  35216
Telephone:     (205) 822-2006
Facsimile:      (205) 822-2057

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this the 14th day of December, 2006:

Aaron J. Luck, Esq.
MCPHILLIPS SHINBAUM, LLP
P.O. Box 64
Montgomery, AL 36101

                                      /s/ Gregory A. Brockwell
                                      Of Counsel